IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Gale Ray,**  Plaintiff,  v.  **The Kroger Co. and John Does 1 & 2,**  Defendants. | Case No. 1:21-cv-02550-ELR  **Plaintiff's Amended Supplemental Initial Disclosures** |

Plaintiff amends her timely-filed Supplemental Initial Disclosures for the sole purpose of correcting a clerical error with regard to the board-certified specialties of her treating physician V.K. Puppala, M.D.

4.

Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)

**Response:** See Attachment B. Plaintiff reserves the right to supplement this response, if necessary, in accordance with Federal Rule of Civil Procedure 26(e) and Local Rule 26.1(C).

*Signature on next page*

Submitted on August 4, 2022, by:

/s/ Arthur R. York

**The York Firm LLC**  Arthur R. York
1776 Briarcliff Rd. NE  Georgia Bar No. 204065
Suite 200
Atlanta, GA 30306
404.990.3388
470.357.6011 fax
arthur@theyorkfirm.com  **Attorney for Plaintiff**

## Attachment B – Expert Witness List

**Original Response:**

Plaintiff has not identified any expert witnesses at this time. If and when Plaintiff determines she will introduce expert testimony at trial, she will supplement this response in accordance with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Northern District of Georgia.

**Amended Supplemental Response:**

o   Kent Remley M.D., 2021 N. Druid Hills Rd. NE, Suite 102, Atlanta, GA 30329; (404) 631-6156. Dr. Remley is a board-certified neurologist who treated Plaintiff for traumatic brain injury, vestibular dysfunction, imbalance, and post-concussion syndrome from the fall. Plaintiff expects Dr. Remley to provide expert testimony that Plaintiff suffered a traumatic brain injury, vestibular dysfunction, imbalance, post-concussion syndrome, and headaches as a direct result of the fall. Plaintiff expects Dr. Remley to provide expert testimony regarding his professional medical opinion and experience that these injuries were proximately caused by the fall and that his treatment of Plaintiff was reasonable and medically necessary.

o   V.K. Puppala, M.D., 939 Bob Arnold Blvd., Lithia Springs, GA 30122; (770) 635-5619. Dr. Puppala is a board-certified anesthesiologist and pain medicine specialist who treated Plaintiff for spine and right knee injuries from the fall. Plaintiff expects Dr. Puppala to provide expert

testimony that Plaintiff suffered a right meniscus tear, right ACL sprain, acute exacerbation of a lumbar spine injury, and headaches as a direct result of the fall. Plaintiff expects Dr. Puppala to provide expert testimony regarding his professional medical opinion and experience that these injuries were proximately caused by the fall and that his treatment of Plaintiff was reasonable and medically necessary.

o       Planet Chiropractic / Awais Butt, D.C., 2173 Fairburn Rd., Douglasville, GA 30135; (770) 783-1799. Dr. Butt is a licensed chiropractor who treated Plaintiff for her injuries. Plaintiff expects Dr. Butt to provide expert testimony about his care of Plaintiff; her symptoms, chiropractic diagnoses, and treatment; and that his treatment of Plaintiff was reasonable and medically necessary.

o       Ali Badday M.D. and Sean M. Mahan, M.D., Allegiance Imaging & Radiology, 4375 Johns Creek Pkwy, Suite 300, Suwanee, GA 30024; (404) 523-3680. Dr. Badday and Dr. Mahan are board-certified radiologists who treated Plaintiff after her fall at Kroger. Plaintiff expects they will provide expert testimony about their findings of MRI studies of Plaintiff's head and spine, and the injuries revealed by such findings, and that their treatment of Plaintiff was reasonable and medically necessary.

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

This is to certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared in Book Antiqua 13-point font.

Submitted on August 4, 2022, by:

_____
Arthur R. York
Georgia Bar No. 204065

**The York Firm LLC**
1776 Briarcliff Rd. NE
Suite 200
Atlanta, GA 30306
404.990.3388
470.357.6011 fax
arthur@theyorkfirm.com                    **Attorney for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Gale Ray,**<br><br>            Plaintiff,<br><br>v.<br><br>**The Kroger Co.**<br>**and John Does 1 & 2,**<br><br>            Defendants. | Case No.<br>1:21-cv-02550-ELR<br><br><br><br>**Certificate of Service** |

This is to certify that I have this day filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

Matthew G. Moffett
Jeffrey M. Wasick
Gray, Rust, St. Amand,
Moffett & Brieske, LLP
950 East Paces Ferry Rd. N.E.
Suite 1700
Atlanta, GA 30326
mmoffett@grsmb.com
jwasick@grsmb.com

*Signature on following page*

Submitted on August 4, 2022, by:

|  |  |
|---|---|
| **The York Firm LLC** | Arthur R. York |
| 1776 Briarcliff Rd. NE | Georgia Bar No. 204065 |
| Suite 200 | |
| Atlanta, GA 30306 | |
| 404.990.3388 | |
| 470.357.6011 fax | |
| arthur@theyorkfirm.com | **Attorney for Plaintiff** |